UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Securities and Exchange Commission, § | |
| § | |
| Plaintiff, § | |
| Vs. § | CIVIL ACTION NO. H-04-2799 |
| § | |
| Carl R. Rose, Marvin M. Barnwell, Stacey § | |
| J. Blake, George J. Cannan, Sr., George J. § | |
| Cannan, Jr., Earl Shawn Casias, Lawrence § | |
| A. Clasby, Hector J. Garcia, David A. § | |
| Keener, Charles A. Leaver, Mark K. § | |
| Menzel, Frank H. Moss, and Harris D. § | |
| Ballow, § | |
| § | |
| Defendants. § | |

## MEMORANDUM AND ORDER

Pending before the Court are Defendants George J. Cannan, Sr. and George J. Cannan, Jr.'s motions to quash depositions, to compel the SEC to respond to the Cannans' interrogatories, and to dismiss the SEC's Complaint for failure to state a claim upon which relief can be granted. Pursuant to the representations of the Cannans' counsel, Gerald L. Bracht, on Friday, January 13, 2006, the Court finds that the motions, Docket Nos. 116, 117, and 118, should be and hereby are **DENIED AS MOOT WITHOUT PREJUDICE TO REFILING**.

**IT IS SO ORDERED**.

**SIGNED** at Houston, Texas, on this the 17th day of January, 2006.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE

**TO INSURE PROPER NOTICE, EACH PARTY WHO RECEIVES
THIS ORDER SHALL FORWARD A COPY OF IT TO EVERY
OTHER PARTY AND AFFECTED NON-PARTY EVEN THOUGH
THEY MAY HAVE BEEN SENT ONE BY THE COURT.**